UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  Rodney L. Smith                                    Case No. 14-28382

                    Debtors                                Hon. Pamela S. Hollis

**TRUSTEE'S REPLY TO US BANK TRUST NA AS TRUSTEE FOR LSF9 MASTER PATRICIPATION TRUST**

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE UNDER RULE 3002.1 (f)**

Glenn Stearns, Chapter 13 Standing Trustee, did not pay any mortgage arrears to this creditor because E5 of the confirmed plan did not list any arrears to be paid to this creditor by the trustee.  The mortgage company never objected to confirmation of the plan.  The mortgage company filed a proof of claim with $240.26 in arrears listed on the claim but section E5 of the confirmed plan was never amended to pay this arrears amount.  The trustee administered the claim per the terms of the confirmed plan.  Therefore, the trustee paid the mortgage arrears correctly as the confirmed plan controls in the Northern District of Illinois, Eastern Division.

Date:  7/7/17                                              /S/  Pamela L. Peterson

                                                          For:  Glenn Stearns, Chapter 13 Standing Trustee